ALAN L. ROSEN, BAR#67328
LAW OFFICES OF ROSEN & LOEB
10605 Balboa Blvd., Suite 265
Granada Hills, CA 91344
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT of CALIFORNIA

NEW CONTENDERS INC.

    Plaintiff,

vs.

Carlos Tamayo, et al,

    Defendant

Case No.: 2:96-cv-08826-AAH-VAP

~~[PROPOSED]~~ RENEWAL OF CONSENT JUDGMENT **BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff's, New Contenders, Inc., and against Defendant Carlos Tamayo dba El Fracaso, entered on October 21, 1997, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---:|
| a. | Total judgment | $11,250.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal *(add a and b)* | **$11,250.00** |
| d. | Credits | $ 00.00 |
| e. | Subtotal *(subtract d from c)* | **$11,250.00** |
| f. | Interest after judgment | $ 5,595.72 |
| g. | Fee for filing renewal of application | $ 00.00 |
| h. | Total renewed judgment (add e, f and g) | **$16,845.72** |

Dated: 10/20/2017

CLERK, by J. Remigio
Deputy

- 1 -

Renewal of Consent Judgment